# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157220(81)

CITY OF SOUTHFIELD,
            Plaintiff-Appellant,

v                                                          SC: 157220
                                                           COA: 333970
                                                           Oakland CC: 2016-151947-AA
JORDAN DEVELOPMENT COMPANY, LLC,
and WORD OF FAITH CHRISTIAN CENTER
CHURCH,
            Defendants-Appellees,
and

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
            Defendant.
_____/

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before April 11, 2018.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2018



Clerk